

PETER J. BRANN | Partner
pbrann@brannlaw.com
(207) 689-9731

May 30, 2024

**Via ECF**

Hon. Katherine Polk Failla
United States District Judge
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



      Re:    *Andrew Toro v. Strangecat, LLC*, No. 1:24-cv-01270-KPF

Dear Judge Failla:

      Pursuant to this Court's scheduling order, ECF 17, the parties conferred and agreed on the following schedule:
- Defendant will file its motion to dismiss within 30 days after the Court approves this schedule;
- Plaintiff will file his opposition within 30 days after Defendant files its motion;
- Defendant will file its reply within 14 days after Plaintiff files his opposition.

      Thank you for your consideration in this matter.

      Very truly yours,

      /s/ Peter J. Brann

      Peter J. Brann

cc: Counsel of Record

**BRANN & ISAACSON** | Lewiston, ME | Portland, ME
P.O. Box 3070, 113 Lisbon Street | Lewiston, ME 04243–3070 | (207) 786–3566 | www.brannlaw.com

Application GRANTED.  Defendant's opening brief shall be filed on or before **July 1, 2024.**  Plaintiff's opposition shall be filed on or before **July 31, 2024.**  Defendant's reply shall be filed on or before **August 14, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 18.

Dated:     May 31, 2024              SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE