UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ANDREW TORO, Individually, and on :
Behalf of All Others Similarly Situated, :   Case No.: 1:24-cv-01270-KPF
 :
                Plaintiff, :
 :
      v. :
 :        **MEMO ENDORSED**
STRANGECAT, LLC, :
 :
               Defendant. :
---------------------------------------------------------------x

### Defendant's Notice of Motion to Stay Proceedings
### Pending Resolution of Motion for Interlocutory Appeal

      Please take notice that Defendant Strangecat, LLC will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order staying all proceedings in this matter pending the resolution of Defendant's pending motion seeking permission for an interlocutory appeal. This motion is supported by the accompanying Defendant's Memorandum in Support of its Unopposed Motion to Stay Proceedings Pending Resolution of Motion for Interlocutory Appeal and the supporting Declaration of Richard S. Mandaro.

      Any response to this unopposed motion is due in accordance with Rule 6.1 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, as altered by the Court's Individual Rules of Practice in Civil Cases.

4938-7363-6655v.1

Richard S. Mandaro
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
(212) 336-8106 (direct)
(516) 650-1080 (cell)
rmandaro@arelaw.com

Peter J. Brann
Hannah L. Wurgaft
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566 (general)
(207) 557-8881 (cell)
pbrann@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*

In light of Defendant's representation that the motion is unopposed (*see* Dkt. #40-1), the Court hereby GRANTS the motion and STAYS this action during the pendency of Defendant's motion to certify the Court's order for interlocutory appeal.

The Clerk of Court is directed to terminate the pending motion at docket entry 39.

Dated:    March 31, 2025          SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE